USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit ____________________No. 98-2168 KARLA STEEVES, Plaintiff, Appellant, v. SHAW'S SUPERMARKETS, INC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE  [Hon. Morton A. Brody, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Hill and Cyr, Senior Circuit Judges. _____________________ John P. Gause, with whom Berman & Simmons, P.A. was on brief,for appellant. Christopher C. Dinan, with whom Noah D. Wuesthoff, andMonaghan, Leahy, Hochadel & Libby, LLP were on brief, for appellee. ____________________ October 4, 1999 ____________________ Per Curiam. We have reviewed the opinion and judgment ofthe district court, the record, the briefs, and have heard andconsidered oral argument. Finding no reversible error, thejudgment of the district court is  AFFIRMED.